# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| JAMIE ALLEN HUTTO | CASE NUMBER: 1:05mj121-M |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMIE ALLEN HUTTO__
                                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess with intent to distribute approximately 50 grams or more of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__, United States Code, Section(s) __841(a)(1)__.

| | |
|---|---|
| VANZETTA P. McPHERSON | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Vanzetta Penn McPherson | 10/10/05  Montgomery AL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                       Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest