```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO.  02:05-mj-121-M |
| ) | |
| JAMIE ALLEN HUTTO ) | |

### GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. <u>Eligibility of Cases</u>

    This case is eligible for a detention order because this case involves:

    | _____ | Crime of violence (18 U.S.C. 3156) |
    | __X__ | Maximum sentence of life imprisonment or death |
    | __X__ | 10 + year drug offense |
    | _____ | Felony, with two prior convictions in the above categories |
    | __X__ | Serious risk the defendant will flee |
    | __X__ | Serious risk of obstruction of justice |

2. Reason For Detention

    The Court should detain defendant because there are no

conditions of release which will reasonably assure:

  __X__      Defendant's appearance as required

  __X__      Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

  __X__      Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

  _____    Previous conviction for "eligible" offense committed while on pretrial bond

  _____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

  _____    At the initial appearance

  __X__      After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 13th day of October, 2005.

    LEURA GARRETT CANARY
    United States Attorney

    /s A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark. morris@usdoj.gov
    ASB-1613-N77A