IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:05CR265-F |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:  The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____November 30, 2005,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**JAMIE ALLEN HUTTO**

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 4-B on the _30th_ Day of _____November, 2005_____

at _____10:00 a.m._____

DONE this _18th_ day of November, 2005.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _Kelli Gregg_
Deputy Clerk