IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05cr265-F |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel, filed on 2 November 2005 (Doc. # 13), and for good cause, it is

ORDERED that the motion is GRANTED. The court hereby appoints a panel attorney to represent the defendant.

DONE this 22nd day of November, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE