IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 NOV 23 P 1:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05mj121-M |
| | ) 05CR265-F |
| JAMIE ALLEN HUTTO | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF APPEARANCE

COMES NOW Brent L. Dean, and enters his notice of appearance on behalf of the above-named defendant.

Respectfully submitted,

_____
BRENT L. DEAN (DEA025)
ATTORNEY FOR DEFENDANT

OF COUNSEL:

BRENT L. DEAN
ATTORNEY AT LAW

The Law Center
9 LaFayette Street North
LaFayette, Alabama 36862
p (334) 864-5293
f (334) 864-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. Leura Garrett Canary, United States Attorney, Middle District of Alabama, by depositing the same, postage prepaid, United States Mail, at his proper mailing address of One Court Square, Suite 201, Montgomery, Alabama 36104.

This the 21 day of Nov, 2005

TRENT L. DEAN (DEA025)