IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-265-F |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed November 29, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of JAMIE ALLEN HUTTO, to Special Agents Devin Whittle and/or Bob Greenwood, Drug Enforcement Administration, on November 30, 2005, through March 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Devin Whittle and/or Bob Greenwood return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of November, 2005.

UNITED STATES MAGISTRATE JUDGE