**COURTROOM DEPUTY MINUTES**   **DATE:** __11/30/05__

**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 11:03- 11:08

√  **INITIAL APPEARANCE**
☐  **DETENTION HEARING**
☐  **REMOVAL HEARING (R.40)**
√  **ARRAIGNMENT**
☐  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐  **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO. 1:05CR265-F-CSC | DEFT. NAME: JAMMIE ALLEN HUTTO |
| USA: A. CLARK MORRIS | ATTY: BRENTON DEAN |

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO:_____

Defendant _____does √ does NOT need an interpreter;

Interpreter present ___√__ NO ____ YES   NAME_____

☐ Kars.      Date of Arrest _____ or ☐ karsr40
√ kia.       Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ kcnsl.     Deft. First Appearance with Counsel
☐           Requests appointed Counsel ☐ **ORAL MOTION for Appointment of Counsel**
☐Finaff.     Financial Affidavit executed ☐ to be obtained by PTSO
☐koappted   **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
☐20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐           Deft. Advises he will retain counsel. Has retained _____
☐           Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐           Government's **WRITTEN** Motion for Detention Hrg. filed.
☐           **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
            ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.        Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐           Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
√Karr.      **ARRAIGNMENT** SET FOR:_____ √ **HELD.** Plea of **NOT GUILTY** entered.
            √ **Trial Term** __2/13/06__; ☐ **PRETRIAL CONFERENCE DATE:** _____
            √  **DISCOVERY DISCLOSURES DATE:** __11/30/05__
☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.  Identity/Removal Hearing set for _____
√ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**