IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | CR. NO.    1:05CR265-F |
| JAMIE ALLEN HUTTO | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Jamie Allen Hutto**,  defendant in the above styled case, do hereby waive my

rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the court that

I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full

and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL**.


_____11/30/05_____
**DATE**

_____
**DEFENDANT**

_____
**ATTORNEY FOR DEFENDANT**