IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 1:05-CR-265-F |
| | ) | |
| JAMIE HUTTO | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, by and through undersigned counsel, and informs this Honorable Court that he intends to plead guilty in the above styled action.

Respectfully Submitted,

_____
BRENT L. DEAN (DEA025)
ATTORNEY FOR DEFENDANT

OF COUNSEL:

BRENT L. DEAN
9 LAFAYETTE STREET NORTH
LAFAYETTE, ALABAMA 36862
Telephone: (334) 864-5293
Fax: (334) 864-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. A. Clark Morris, Assistant United States Attorney, Middle District of Alabama, by depositing the same, postage prepaid, United States Mail, at his proper mailing address of One Court Square, Suite 201, Montgomery, Alabama 36104.

This the 27 day of Dec, 2004.

BRENT L. DEAN (DEA025)