| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 1:13 - 1:14 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Charles S. Coody | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:05cr265-LSC | **DEFENDANT(S)** Jamie Allen Hutto |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Brenton Lawrence Dean |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Defendant has already filed Notice of Intent to Change Plea - Change of plea hearing to be set

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**