IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR265-LSC-CSC |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

**ORDER**

The defendant is presently set for a change of plea hearing on January 31, 2006, at 3:00 p.m. *See* Doc. # 28. For good cause, it is

ORDERED that the defendant's change of plea hearing be and is hereby RESET for **February 6, 2006**, at **10:00 a.m.,** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done, this 24th day of January 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE