IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JAN 26  A 11:00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 1:05-CR-265 |
| | ) | |
| JAMIE HUTTO | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO RESET PLEA HEARING

COMES NOW Brent L. Dean, counsel for the above named defendant, and respectfully requests that this Honorable Court reset the plea hearing in the above styled case, and as grounds therefore, states as follows:

1. The plea hearing previously set for January 31, 2006 has been reset for February 6, 2006.

2. Undersigned counsel will be out of town February 3 through February 7, 2006 on a trip that has been planned for several months that cannot be rescheduled.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court reset the plea date in the above styled case.

Respectfully Submitted,

BRENT L. DEAN (DEA025)
ATTORNEY FOR DEFENDANT

OF COUNSEL:

BRENT L. DEAN
ATTORNEY AT LAW

The Law Center
9 LaFayette Street North
LaFayette, Alabama 36862
p (334) 864-5293
f (334) 864-5300

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. A. Clark Morris, Assistant United States Attorney, Middle District of Alabama, by depositing the same, postage prepaid, United States Mail, at his proper mailing address of One Court Square, Suite 201, Montgomery, Alabama 36104.

This the 24 day of Jan, 2006.

_____
BRENT L. DEAN (DEA025)