IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR265-LSC-CSC |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

**ORDER**

Now pending before the court is the defendant's motion to reset the change of plea hearing (doc. # 30) filed on January 26, 2006. For good cause, it is

ORDERED that the defendant's change of plea hearing be and is hereby RESET from **February 6, 2006**, at **10:00 a.m.** to **February 2, 2006, at 3:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 26th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE