COURTROOM DEPUTY MINUTES DATE: ___2/2/06___ FTR RECORDING: 3:03 - 3:19 & 4:20 to 4:2.6

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: JAMES DICKENS _____

❏ARRAIGNMENT          √ CHANGE OF PLEA          ❏CONSENT PLEA

❏RULE 44(c) HEARING          ❏SENTENCING

---

PRESIDING MAG. JUDGE: *CHARLES S. COODY* DEPUTY CLERK: *WANDA STINSON* _____

CASE NUMBER: *1:05CR265*-LSC-CSC          DEFENDANT NAME: JAMIE ALLEN HUTTO

AUSA: A. CLARK MORRIS _____          DEFENDANT ATTY: BRENTON L. DEAN _____

          Type Counsel: ( ) Waived; ( ) Retained; ( √ ) Panel CJA; ( ) CDO

USPO: DOUG MATHIS _____

Defendant ___ does √ does NOT need and interpreter. Name: _____

---

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ❏ Not Guilty ❏ Nol Contendere ❏ Not Guilty by reason of insanity

          √ Guilty as to: √ Count(s)___1___ of the **Indictment**

          √ Count(s)___2___ ❏ dismissed on oral motion of USA;

                    √ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

          ❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued under ❏ same Conditions/Bond imposed ; ❏Released on Bond & Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

          ❏ Trial on _____; or √ Sentencing on _____ √ set by separate Order.