IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 1:05-cr-265-LSC-CSC |
| JAMIE ALLEN HUTTO | ) | |
| | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Count 2 of Indictment, heretofore

filed in the above styled cause, and for good cause shown, defendant pled guilty to Count 1 and

Government agreed to dismiss Count 2 pursuant to Plea Agreement, the Court is of the opinion

that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED,

ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is

hereby granted.

DONE this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE