IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 1:05-cr-265-LSC-CSC |
| JAMIE ALLEN HUTTO | ) | |
| | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Count 2 of Indictment, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted and Count 2 is dismissed with prejudice.

Done this 4<u>th</u> day of <u>May 2006</u>.

/s/ L. Scott Coogler
_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019