```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 1:05cr265-LSC |
| ) | |
| JAMIE ALLEN HUTTO   ) | |

<u>FINAL ORDER OF FORFEITURE</u>

On February 6, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jamie Allen Hutto to forfeit to the United States:

> One Remington Model 870, 12 Gauge Shotgun, bearing serial number D601314A.

The United States caused to be published in the <u>Montgomery Advertiser</u> newspaper notice of this forfeiture and of the intent of the United States to dispose of the firearm in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Jamie Allen Hutto had an interest in the firearm that is subject to forfeiture pursuant to Title 21, United States Code, Section 853.  The United States has established the requisite nexus between such firearm in the commission of the violation of Title 21, United States Code, Section 841(a)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following firearm is hereby forfeited to the United States pursuant to Title 21, United States Code, 853:

> One Remington Model 870, 12 Gauge Shotgun, bearing serial number D601314A.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and,

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this 19th day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019