AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: JAMIE ALLEN HUTTO
Case Number: 1:05-CR-265-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINETY SIX (96) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program (500 hour program) and be housed as close as possible to his family near Geneva County, Alabama.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

AUG 15 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

___

Defendant delivered on 6/15/06 to Jackson Co. Jail at Marianna Florida, with a certified copy of this Judgment.

Jesse Seroyer Jr.
United States Marshal

By _____
Deputy Marshal